PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE ~~EASTERN~~ DISTRICT OF TEXAS
### ~~TYLER~~ DIVISION

Robert Jimison III
Coffield Unit #1992445
Plaintiff's Name and ID Number
2661 Ffm 2054
Tennessee Colony, Tx 75884
Place of Confinement

JURY TRIAL DEMAND:
FILE STATUES:
(1). 42. U.S.C sec. 12102.(2).(4)-
(A) 2(B)  A.D.A
(2). U.S.C. 1st. 5th. 8th. 11th & 14th
Amendments

CASE NO. 625CV174
(Clerk will assign the number)

v.

Mr. Bryan Collier = T.D.C.J Excutetive Director U.C.I Dept:
Defendant's Name and Address

Ms. Lorie Davis = T.D.C.J R.H.U Director
Defendant's Name and Address

Mr. Tim Fitzpatrick = T.D.C.J Director of Records
Defendant's Name and Address ALL "3" Defendants Sued in Official Capasity.
( DO NOT USE "ET AL.")
Office of General Counsel P.O. Box 13084 Austin tx 78711

**FILED**
MAY 1 3 2025
Clerk, U.S. District Court
Texas Eastern

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? **X** YES___NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: nov 1st, 2022 & nov 19th, 2024

        2.  Parties to previous lawsuit:

            Plaintiff(s) MR. Robert (2) Emison III

            Defendant(s) C. F. Hazelwood. J. Gay. Lance Rogers, Allen Barker

        3.  Court: (If federal, name the district; if state, name the county.) Eastern Tx Lufkin & Tyler

        4.  Cause number: 9:22 cv 183 & 6:24 cv 00371

        5.  Name of judge to whom case was assigned: (1). ZTH & (2. J.D.U

        6.  Disposition: (Was the case dismissed, appealed, still pending?) Both Pending

        7.  Approximate date of disposition: N/A

II.     PLACE OF PRESENT CONFINEMENT: T.D.C.J - ID Coffield Unit

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     **X** YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.     PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Mr. Robert C Lemison III #1992445
2661 FM 2054
Tennessee Colony, Tx 75884

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Bryan Collier = Excutive Director over T.O.C.J. V&I DEPT
OFFICE OF GENERAL Counsel P.O. Box 13084 Austin Tx 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

See Attached B-IV

Defendant #2: Lorie C Davis= R. Hill Excutive Director DEPT T.D.C.J
OFFICE OF GENERAL Counsel P.O. Box 13084 Austin Tx 78711

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

See Attached B-IV

Defendant #3: Tim Fitzpatricks= Director Of Records over T.D.C.J
OFFICE OF GENERAL Counsel P.O. Box 13084 Austin Tx 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

See Attached B-IV

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Deliberate Indifference Callous Disregard For Due Process's & Personal Safety, Of Condition imposed on the Inmate #1992445 Caused ongoing "Atypical & Significant Hardship" In Relations to the Ordinary Incidents of T.D.C.J= R.H.U Administrative Housing Units. By "Indirect Participation" of the named officials who set Policys, Wrote Regulations, & Gave Orders, That also Lead To and On Going "Continuee of Harrassment" in T.D.C.J-Id units where Court Redress was in Processing.

See Attachment Pg V-IIII

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Reward Relief Damages Jointly in the Amount of $ 100,500,000.00 One Hundred Billon Point Five Hundred thousand Dollars in the Official Capacitys of the Defendants to Be Paid Jointly.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Mr. Robert    2 Jamison III

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

(1). FBI: 398007A83 (2). 50478104 (3). 78981 (4). P.74773 (5). AC 9348 (6). 1992445

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _X_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____ NA

2.   Case number: _____ NA

3.  Approximate date sanctions were imposed: _____ NA

4.  Have the sanctions been lifted or otherwise satisfied? ____YES _X_NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?      **X** YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ___TYLER___
2. Case number: ___6:24 CV 00371 J.D.L___
3. Approximate date warning was issued: ___October 19, 2024___

Executed on: ___4/20/2025___
 (DATE)

___(signature)___
 (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___20TH___ day of ___APRIL___, 20 ___25___.
 (Day)                          (month)                        (year)

___(signature)___
 (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

**Texas Department of C ustice**

# STEP 1
## INMATE
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2025066392

Date Received: 2-29-25

Date Due: 4.9.25

Grievance Code: 904

Investigator ID #: I 2599

Extension Date: _____

Date Retd to Inmate: MAR 0 5 2025

Inmate Name: Robert Zemi, Sun III            TDCJ #1492445

Unit: COFFIELD            Housing Assignment: K-213  R.H.U

Unit where incident occurred: COFFIELD\T.D.C.J Administration

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? (1) J. Back-J. Doe (2) Lorie Davis (3) Tim FitzPatrick    When? Feb 26th 2025

What was their response? Failure to remedy relief Now Responseceive U.G.I #2024I0112 (etc)

What action was taken? "Campaign of Harrassment" in Multiple (Prop 05) T.D.C.J Due Process (etc)

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

T.D.C.J Policys Violations (AD.03.53. Sec.II. A)(AD.03.50)(BP.03.82)
(BP.03.77)(Prop-05 Sec. I, II, III)(I-201)(I-203)(I-206)

Human Declaration Rights Articles: 2\3\5\7\8\10\17.2\23.4\29.2

United States Constitutional Amendomenemtes 1st\11th\14th

     The Huntsville U.G.I step(2) Adherencence to the Following named official
Have Failed to Remedy Relief to on going "Campaign of Harrassment" in
Multiple Property Inventory Due Process Claims Witch Were Unconstitutional
in the Following U.G.I #2024I0112 (Etc).

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM            (OVER)

**Action Requested to Resolve Your Complaint.**

BP.03.82 \ BP.03.77 Time Frames and Policy's are followed for the Investigation of this Grievance.

Inmate Signature: _Robert Z Emerson 20_     Date: _Feb 26, 2025_

**Grievance Response:**

Due to extenuating circumstances, there was a delay in processing Grievance #202410112. Every effort is made to ensure grievances are processed in a timely manner.

MICHAEL ALSOBROOK
ASSISTANT WARDEN

Signature Authority: _____     Date: _3-3-25_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☑ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _A. Harris/A. Harris_

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission     UGI Initials: _H H_
Grievance #: _2025065715_
Screening Criteria Used: _999 #8_
Date Recd from Inmate: _FEB 2 6 2025_
Date Returned to Inmate: _FEB 2 6 2025_

**2nd Submission**     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

**3rd Submission**     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

**I-127 Back** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

*2ND Documents ATTACHED*

**Texas Department of Criminal Justice**

## STEP 2
### INMATE
### GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2025066392

UGI Recd Date: 3.7.25

HQ Recd Date: MAR 1 8 2025

Date Due: 4-16-25

Grievance Code: 904

Investigator ID#: I-2977

Extension Date:

Date Retd to Inmate: APR 1 5 2025

Inmate Name: Robert Jemison 360   TDCJ # 1998445

Unit: COFFIELD CO   Housing Assignment: R.H.U K-213

Unit where incident occurred: Administration of T.D.C.J-ID Restrictive Houseing Units

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted.*
*You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

(1).

EACH T.D.C.J OFFICIAL Indirectly Participated Directly Failing to Act on Excessive Alleged I-127\8\I-60's\ AD.\ BP\ & Letter Investigations that were Constitutional Violations (Etc)

(2).

EACH T.D.C.J OFFICIAL Indirectly Participated Directly in Failing To Act on Classifying Inmates & Seperating the Particularly mentally Ill Inmate From Non Ill Inmates or the Violent Inmates From the A.D.A Medically Ill Inmates unable to Defend themselves From Violent S.S.I & Officers due to A.D.A Vulnerability.

(3).

EACH T.D.C.J OFFICIAL Indirectly Participated Directly in Failing To Act on Policys or Customs when Failing to Provide Adequate Supervision of Inmates & Failing To maintain "Door Locks in Working order".

(4).

EACH T.D.C.J OFFICIAL Indirectly Participated Directly By Placement of Inmates in Position of Supervisory or Disciplinary Authority over other Inmates and Failure to take Any Corrective Actions. These officials were Grossly Negligent in Supervising Subordinate officers who committed these on Going Acts an Exhibited Deprivation and Deliberate Indifference to the Inmate Ethnic Group & Due Process's By Failing To Act on Information Indicationg Unconstitutional Acts were occurring.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          **(OVER)**

I-128 Front (Revised 8/2022)

Releif Sooeht Under Step (1) Request Only

For The Record:

Inmate Signature: _Robert Zomi sai Bal_    Date: _March 7th, 2025_

Grievance Response:

*Your claims have been investigated by this office. You were appropriately advised at the step 1 level. Every effort is made to ensure all grievances are processed, investigated, and returned to the inmate in a timely manner. However, there may be times where additional documentation is needed to complete the investigation. Furthermore, your step 2 grievance was closed on 03/06/24 and returned to the unit on 03/26/24 to be delivered to you. No further action is warranted by this office.*

Signature Authority: _H Klawinsky_    Date: APR 0 5 2025

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

CGO Staff Signature:_____

**OFFICE USE ONLY**

Initial Submission          CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
   (check one)____ Screened ____ Improperly Submitted
Comments:_____
Date Returned to Inmate:_____
2nd Submission            CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
   (check one)____ Screened ____ Improperly Submitted
Comments:_____
Date Returned to Inmate:_____
3rd Submission            CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
   (check one)____ Screened ____ Improperly Submitted
Comments:_____
Date Returned to Inmate:_____

I-128 Back (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix G

Attachment B-IV "SPECIAL MEMO TO COURT":

NOTE: THE GROUP RISK ACTS OF PLAINTIFF ETHNIC GROUP (DUE PROCESS) DELIBERATE INDIFFERENCES REVELANT & DIS-CRIBED IN THIS ATTACHMENT OF SECTION "B-IV" WILL PERTAIN TO EACH OF THE (3) DEFENDANTS JOINTLY.

Begginsing IN OR AROUND MARCH 26, 2020 THE Following T.D.C.J & U.S.C. AMENDMENTS AND VIOLATIONS WERE VIA ORDERED AS CUSTOMS TO DUE PROCESS, DELIBERATE INDIFFERENCE TO THE PLAINTIFFS INDIVIUAL "GROUP RISK ETHNIC GROUP"

EACH OF THE DEFENDANTS Mr. Bryan Collier, Ms. LORIE Davis. Mr. Tim FitzPatricks BY "INDIRECT PARTICIPATION" IN THE ALLEGED Constitutional VIOLATIONS. EACH OFFICIAL AFTER BEING InFormED OF THE VIOLATIONS WITHIN T.D.C.J ADMINISTRATION AWAREABLE SYSTEMATIC DEFICENCIES VIOLATIONS OF POLICYS IN THE Facilities RESULTING IN MULTIPLE ASSAULTS WITH SERIOUS INJURYS; MULTIPLE PERSONAL PROPERTY CONFISCATIONS, WITCH WERE OBVIOUS TO U.S.I T.D.C.J ADMINISTRATION POLICY BOOKLETS INVESTIGATIVE OFFICIALS THAT THESE INCIDENT REPORTS ETC WERE Ommissive, ConCocted, & FABRICKCATED. YET THE THREE DEFENDANTS FAILED TO ACT OR Remedy THESE WRONGS IN THE MULTPLE CASES LISTED.

(1)
EACH DEFENDANT CREATED POLICY OR CUSTOMS UNDER WITCH Constitutional PRATICES OCCURRED AND Allo.TO THE CONTINUE OF SUCH POLICYS OR CUSTOMS OUTSIDE OF GUIDELINES TO BE VIO-

As B-IV-1 CONTINUES

Lated Continueously Till date witch apply under The Following.

(A)

U.S.C. 1st\ 5th\ 8th\ 11th\ 14th Amendmentlis

(B). A.D.A 42. U.S.C sec. 12102. (2). (4). (A) & (B)

(C). T.O.C. J Policy Violations:

(1) Prop-05 sec II. III (2) Sm. 01. 29 (3). I 47 MA (4). I 127/8 (5). I 60's & Letters to Officials.

(6). I 201 (7). I 203 (8). I 206 = Investigation & Incident Reports (Etc).

(9). AD. 03. 53 sec II. A (10). AD. 03. 50 (11). AD. 05. 25 (12). FSM IV-1.1.1 HSm. 1

(13. BP. 03. 46. A (14). BP. 03. 92 (15). BP. 03. 77 (16). Po. 22. 5. A (17). Po. 22. 8

(18). Po. 22. 10 (19). Po. 22. 11 (20). Po. 22. 13 (21) Po. 22. 21 (22). Po. 22. 22. A. B.

(23). Po. 22. 23 (24) Po. 22. 27 (25). Po. 22. 32 (26). Po. 22. 44 (27) Po. 22. 53. A. B. (2).

The Defendants Failure To Classify Inmates and Seperate the Particularly mentally Ill offender From the non Ill offenders, the Particularly Vulnerable medically Ill ▉▉▉▉▉▉▉ offenders From The Violent offenders, witch alludes the Stronger to Prey on the Weaker offenders who were Ill & could not defend themselves From officers or officers help aide who exerted authority over them without supervision.

Pg B-IV-2

And Allowed them to Steal Offenders Personal Medical Supplys, Commissarys Foods Items, & the 3 Daily Meals that are Served alone with Personal Property(etc).

(3).

Each Defendant Is Grossly Neligent In Superlising and Failing To Prouide Adequate Superuision Of The Plaintiff Once aware of these Committed Acts on On Going an Continueous Wrong Ful Acts.

(4).

Each Defendant Exhibited Deprivation and Deliberate Indifference to the Rights Of the Plaintiff By Failing To Act on Infomation Indicating that UnConstitutional Acts Were Occurring Such As Failure to maintain Locks In Working Order To Prevent these thefts Or Assaults.

(5).

Each Defendant Exhibited Deprivation and Deliberate Indifference By Placing Inmates In Position Of Superlisory Or Disciplinary Authority over Other Inmates In Position Authority and allowing "General Population" Inmates Over "R.H.U" Inmates To Steal, Such as Food Seruices Workers & R.H.U Tier Tenders To Take Personal Property From Offenders Without Confiscations Due Process Papers Prouided, Allowed Or Giuein By Policy Standards.

(6).

Each Defendants Exhibited Deprivation and Deliberated Indifference, By Failure To Take Corrective actions in Responces to the Plaintiff alleged High Rates of assaults to the

Particular Patterns of these Assults When the medically Ill Inmate as "A.D.A" Trys to Defend Himself or Amend these Wrongs and these Issues Become "Manipulative & Gaslitetive" By Officers Who turn a Blind Eye to these On Going Patterns of R.H.u HELP AIDE Who Are Informative When Plaintiff Redresses these Issues By Grievances or Letters to Officials to outside HELP For Aide, An Continue to Retaliate By the Above alleged without HELP From Each of these Supervisory OFFICIALS Named.

The Plaintiff Risk of Injury of Due Process & Deliberate Indifference By Callous Disregard For my medical A.D.A Personal Safety(etc), By His Inadividual Group Risk Ethnic Group.

B-IV-4 Complete

# STATEMENT OF CLAIM:
## V:

Herein the Plaintiff Enters a Claims of "Deliberate Indifference & Due Process" by Group Risk to His Ethnic Group of Twelve Tribes Rastafarian of Individual Systematic Deficencies in Violation of T.D.C.J Policys within the "Facilities" Listed Below, of "Campaigne of Harassment".

The Defendants Bryan Collier, Lorie Davis, & Tim Fitzpatrick all "Failed To Act" On Excessive Fabricated Cated Injury Reports From I-47ma, U.O.F=11, Prop=05 Sec. II & III, I-60's Formal complaint Request, I-127-8 Formal Grievance Redress (or) Letters Worte to outside Help & Aide Requesting Aide For The obvious non Remedys to the Wrongs treated to the Plaintiff In these Reports Such as HSA-9 Reports etc. The Defendants also Failed to Classify Inmates Correctly, and Spearate the Particularly Mentally Ill offender & or violent From the Vulnerable Witch Were able to and Allowed Too without Disiciplinary action takin Steal the Plaintiff Personal Property and or Switch out Food Items To Their Delight of the "3" Daily meals served. Aswell as Commissary Items Bought With Personal Funds. The Defendants also Failed To Provide Adequate Supervision of these Inmates, The Defendants Failed To maintain Locks in Working order as Well as Surveilance equipment Camera Witch Would Prove the Plaintiff truths to the Alleged "Claims."

The Defendants Failed to Protect But allowed Placement of Inmates In Position of Supervisory or disciplinary authority over other

Continues
V-1

Allowing excertion of authority and the general population offenders who "aide officials" are allowed to steal, take, food service workers in R.H.U switching out and replacing new foods while replacing them with old food etc such as diet snack meals and medically therapeutic diets. And shadeing each portion given. The defendants have also failed to take corrective action in responce to the plaint-iffs alleged high rate of assaults due to the particular patterns of assaults when plaintiffs trys to amend these unamendable food trays, these wrongs become manipulative & gaslitetive by "Both offender and officer alike," when assaulted they become "intermitive" outside the review of sorveilance footage then your personal property also is lost, missing or stolen without due process notification etc. when these issues are redressed by policy I-127\8 officers & officer aide both retoliate in the same fashion while concealing there incident reports to justifie their wrongs.

Begginging in march 26, 2020 or about the following cases were part of the claim alleged herein.

V-11

Continues

(1). Case #2020010831D = ● Date 1\19\2020  J. Trimbel
T.D.C.) Policy Violations P.O.22.5.A\ P.O.22.13\ P.O.22.23\
P.O.22.21\ P.O.22.10\ P.O.22.32

(2). Case #202001163520 = Date 3\29\2020  J. Trimbel
T.D.C.) Policy Violations P.O.22.5.A\ P.O.22.13\ P.O.22.23\
P.O.22.21\ B.P.03.46.A\ B.P.03.82\ B.P.03.77\ P.O.22.10\P.O.22.32

(3). Case# 139900063-CR 21-0194  O16#23935= Date 3\29\2021
Brett Ellison. T.D.C.) Policy Violations P.O.22.5.A\ P.O.
22.13\ P.O.22.21\ P.O.22.23\ P.O.22.10\ P.O.22.32

(4). Case #20220199892 = Date 7\18\2022  Edward Long #
579657 T.D.C.) Policy Violation P.O.22.21\ P.O.22.27\P.O.
22.5.A\ B.P.03.82\ B.P.03.77\ P.O.22.10\ P.O.22.32

(5). Case# 20230189971= Date 3\23\2023  #(2) Unknown Officers
Allegely Injured In Incident. T.D.C.) Policy Violations P.O.22.5.A\
P.O.22.13\ P.O.22.21\ P.O.22.23\ P.O.22.10\ P.O.22.32\ P.O.22.22.A.B

(6). Case #20240156717= Date 5\25\24  Francisco Rodriguez
#02309269  T.D.C.) Policy Violation P.O.22.5.A\ P.O.22.10\
P.O.22.13\ P.O.22.32\ P.O.22.22.A.B\ P.O.22.27\ P.O.22.30\
P.O.22.21

(7). 2020096201 Case I.6.I#: T.D.C.) Policy Violations
AD.03.53.II.A\ AD.03.50\ I-201\ I-203\ I-206\ B.P.03.82\

V-III continues

~~[scribbled out]~~ BP.03.77\ Prop-05 II\III\
Po.22.27\ Po.22.21\ Po.22.23\ Po.22.11\ Po.22.10\Po.22.32

(8). Case#: 2023118387=T.D.C.J Policy Violations AO.03.53
SEC.I.A\ AO.03.50\ BP.03.82\ BP.03.77\ Prop 05 sec II,III\
Po.22.27\ Po.22.13\ Po.22.22 A.B.\ Po.22.81\ Po.22.83\ Po.
22.11\ Po.22.10\ Po.22.32\ I-201\ I-203\ I-206

(9). Case#: 2023135839=T.D.C.J Policy Violation AO.03.53
sec II.A\ AO.03.50\ BP.03.82\ BP.03.77\ Prop-05 sec III\II\
Po.22.13\ Po.22.21\ Po.22.23\ Po.22.27\ Po.22.10\ Po.22.11\
Po.22.32\ I-201\ I-203\ I-206

(10). Case#: 2024025936=T.D.C.J Policy Violations AO.03.53
sec.II.A\ AO.03.50\ BP.03.82\ BP.03.77\ Prop.05 sec II,III\ Po.22.
10\ Po.22.11\ Po.22.13\ Po.22.21\ Po.22.22.A.B.\ Po.22.23\
Po.22.32\ Po.22.27\ I-201\ I-203\ I-206

(11). Case#: 2024614658=T.D.C.J Policy Violations AO.03.53 sec.
II.A\ AO.03.50\ BP.03.82\ BP.03.77\ Po.22.10\ Po.22.11\ Po.22.13
Po.22.21\ Po.22.22.A.B.\ Po.22.23\ Po.22.27\ Po.22.32\
I-201\ I-203\ I-206

(12). Case#: 2024120112=T.D.C.J Policy Violations AO.03.53 sec
II.A\ AO.03.50\ BP.03.82\ BP.03.77\ Po.22.10\ Po.22.11\ Po.22.13
Po.22.21\ Po.22.23\ Po.22.27\ Po.22.32\ I-201\ I-203\ I-206

Attchment V complete: IIII

Mr.Robert Demison 3rd
#1992445/12FF/73
dethrow oolunsky
3872 FM 350 South
Livingston tx,77351


Date:Sep, 13th 2021



II:State Counsel for offenders
    Attorney for case 28336
    J.Kevin Mckethamn
    P.O. Box 4005
    Huntsville tx,77342



ReF:emergency motion request,

            greetings Mr.defence attorney Mckethan,
            I know you are currently doing an investigation o
n the matters of this case. I have recently being given and con-
tinue to be threating here.my mail is being stolen by night off-
icers and my commissary is being tampered with continueously.as i
i told you befor i am in fear of my safey and dus not know when t
he next attemp on my life will be made.I am not sure if you will
recieve this letter but ,I am not going to lay down,these people
are upset because of the civil suit pendind (9:21 cv47) .I ask yo
u too call my mother because at the moment i cannot,and explane t
he issues at hand.I will ask that you dus your job because what
these people are doing to me is not right and i will fight back
if given a fair shot. please let the judge in this case know abou
t this matter and forward the investigation about these matters,
because its getting out of hand for something i did not due.

            thank you for your time and customary courtesy.

Respectfully Submitted:

    Robert Demison 3rd

    _____

                                1                    corbin copy 1&2

In the district court of polk
county texas 411th

judicial district

State of texas                                        Case:2833 [6]

    Vs.
                                                Motion of special
Robert Demison 3rd                                  judicial notice

                                                to:Attormey J.Kevin
                                                   Mckethan &judge
                                                   of this court.

Motion of special judcial notice:

    May the attorney and honorable judge of this court take
speicial judicial notice,that the offender/defendant in this case
make a special request for the records of inmate "J.pay" letterin
g records and J.pay lettering signiture records, Also i would lik
e the court to make a special requast that e.commissary records
and thumbprint signture reciept records be orderd for the up-
comming trial in the case above.these request come after a signi-
fcant amount of threats from offesers/inmates here at the unit,
I have currently informed mr.mckethan about the threats of my
safety due to a non existing charge of (willful cruelty to child
offence code 38059/p.c. 273a (b) arrest date 1-17-2013 arrest cas
e number-1311715-1617372).I am being threatend by commissary
staff and night officers that my commissary and mail will be
given to another inmate because i am a child molester /piece of
shit. I have also informed mr. mcksethan that my immeadiatly
family may recieve mail/phone calls from other inmates due to
the mass amount of corruption here in t.d.c.j. and the nature
of this non existing charge.In this matter i have also filed
inmate grievances due to the threats to kill this inmate and
multiple amounts of self-defence case rule voilations for me
fighting for my safety and well being here in t.d.c.j.I am
continueing to be pushed over and threatand by the officers
and offenders here and my commissary/j.pay lettering mail are
being given to other inmates without my knowledge or consent.
So i would aks the attornne to due and investigation on this
matter and order the records for these items.

1                                        corbin copy 1&2

I also would ask the honorable court to request the records of disciplinary rule voilations of inmates that have voilations of extortion offences against the offenderd/defendant to show that the cause and self defence acts were justied,due to the nature of the offences that occured against him and his wellbeing health, and wellfare 'to establish a motive and intent of the reason officers did not due thair job discriptin to the standards of 't.d.c.j policy and or procaaduers when and offender is in fear of his safety and wellfare.

    I declare under pentaly of perjury that the foregoing is true and correct,under the laws of texas disictrict courts.


Respectfully Submitted:
Robert Demison 3rd

2

Mr.Robert Demison 3rd
#1992445/12/FF/73
3872 FM 350 South
Livingston tx,77351


Date:sep 20,2021


II:Attorney at Law
   State counsel for offenders
   J.Kevin Mckethan
   P.O Box 4005
   Huntsville tx,77342

REF:cr-2110194 case



        greetings sir.
                In the matter stated in notice of motion. i woul
-d like your to open end investigation in this matter aswell.I
belive that i explaned to you on our last visit that elements are
being used to play with my non compost mantis, its getting very
bad and im not sure if you will recieve this letter but hops-
fully you due.this (t.r.a.p 13.2) concerns me,it could be the sol
reason way what i explane to you is takeing place.please call my
mother and tell her i said to keep cool.its very hot down here.
Mr.Mckethan i sent you a letter befor this one.lets hope that you
can help me in this cluster of aturnal corruption issues.
                thank you for your time and customary courtesy.



Reespectfully Submitted:
MR.Robert Demison 3rd.
_____


1

State Of texas                    Cause No:28336 &          IN the Dist
                                                            Of polk Co:
                                                            411th Dist:
     Vs.


Mr.Robert Demison 3rd
        #1992445/t.d.c.j
Mr.J. Ketih Mcksthan-
        Attorney                                           Motion to t
                                                           ake judicia
                                                           Notice:


## Motion to take judicial Notice:#2:

        In the above cause and judicial matter,the defendant in
this matter of subject would like the court to take a(2)nd look
st the (texas rules of appellate procedure 13.2 & 15.1).A second
attempad to kill the defendant was due to a matter stated above,
witch could be the sole reason why on march 29,2020 this incident
took place. Let the court take special notice that the defendand
filed a civil suit in this matter due to the use of excessive
force by the officials in this subject matter(9:21cv47-civil 1t;
On the date of Marhh 29,2021 a second incident accured with the
officials in newly filed cause No;Cr210194 (f).these issues have
been discussed with Mr. mcksthan about the current elements of
my health,safety,and wellfare here in t.d.c.j.these matters are
not just coincidencetal incidents yet enniversary to yet anot-
her attemp to kill the defendant,let it be noted the (Sgt:Karla
R. Burleson here is and awhere of the threat to kill the defendan
t due to the last motions non existing charge,yet i would like to
point out it could be due to 13.2 of t.r.a.p above.this was also
an excessive use of force that was not investigated due to the
matters stated above.Officers here are continaing to use threats
to my safety and wellfare.And are useing some elements of tech-
nology to play with my"non compost mentis."Let this honorable be
awhere that this subject matter st stake could be a very serious
issue due to the nature of knowledge it may list in documents and
higer plces's om intrest concerning that part of subject matter.

Please let the court sustain that i would like to fil
-e a subject matter litigation in this matter aswell after the
trial in this procdure has been heard.I would like the court to a
-lso request  that i be appoint and attorney in this matter for t
-he nature of the discovery that may be produced on corruptible
officials here in t.d.c.j be that it could have been and officers
who did this,or gave to an offender here to coincide with him or
her.Again i would like this honorable court to take special no-
tice that my wellfare maybe at stake due to the nature of its
eturnal content.

I,robert Demison 3rd declare that under pentaly of
perjury that the foregoing is true and correct.


Resdectfully Submitted:

MR.Robert Demison 3rd
#1992445/12/FF/73
3872 FM 350 South
Livingston tx,77351


II:attorney Mc.kethan

Mr Robert Demison III
#1992445/12/FF/73
Deathrow oclunsky
3872 FM 350 South
Livingston tx,77351


Date:October 4th,2021


II:State Counsel For offenders
    Mr.James Kevin McKethan
    Attorney For Defendant
    P.O. Box 4005
    Huntsville tx,77342


REF:Cause #28336/--#@

         Mr.Mckethan greetings sir,
         I am here to inform you thet ive recieved racently insept
-ember of this year,that i just signed for,but i asked for these
medical records back in(jan11th,2021,yet recieved in september
20)something of this year.mr. mckethan these medicalweracords wer
-e created after another set of the initial records by the out-
side physician at chi st.lukes hospital Mr. Doctor/physiian
Robert Betchel.the now current medical records have been altered
this is the 2nd set that i recieved that are not consistence with
mr.betchel first set of medical records.
         you can review these medical records in my(civil liti-
gation #(921cv47).these are not the same medical records,witch
dr.betchel did not use ordinary skill,care,and knowledge.And the
assessment of his head injury did not comply with the national
standard of practic,and the duty of care owed to prisoners is
the same as that owed to private patients.I would like you too
take speical notice that.the (e)mail in e.mail stamds for ete-
rnal evidence and it doesnt go away.this is an (H.R soecialist).
You can get this in (e.discovery)Also considered as"brady materia
-l"this now states that it was now not a fell,Yet in the first se
-t officers told mr.betchel a differnt story.take notice in civil
records already sent too the civil court listed under csae #.
above. (θ:21cv47 civil case #)

these people here are continueing too cause issue with my health safety and wellfare.by doing thing to provoke me an antagonism tactic.if you view these medical records with the other records that are currently in civil courts,or eternal evidence old/newly created e.mails from t.d.c.j medical files you will see that there is some very concoked stuff in these new and old records. (civil case #9:21cv47)may it please the court that you make speaicial  notice with the current judge about the issue here.

   thank you for your time and customary courtesy.

Respectfully Submitted:

Mr.Robert Demison III
#1992445/12/FF/73

——————————————————

II: HARRIS J.G.I On Coffield Unit Offender Grievance Case Tracking System Inquiry:

I Go Formal Request

The Inmate Is Requesting the Official Status of Step (2) Last Sent 3\7\2025 Of "Complaince Of Harrasment" I-127\8. The BP. 03.& BP.03.82\BP.03.77 ADHERENCES Have all been Time Lapsed without Due Process's Notifications Etc. Nor Have I Recieved A Final Disposional Copy Of Step (2) 1 & 2 Original Grievance

Can You Please Forward Me A Notice & Copy Of The Final Diposition Of The Grievance Invest-ion.


Respectfully Submitted
Robert Jemison III
#1992445 \ K-213

Coffield R.H.U
April 10th 2025
Carbon Copy

#C: U.G.I A. Harris        I-60 Request for (2nd Submission)
I-127 "Campaige of Harrassment"


On Dates of (1) 2\17\2025 (2). 1\29th\2025 (3) 2\16\2025
& 2\26th\2025 = Via U.G. Investigations
Official (1) A. Hope (2) J. Back (3) L. Davis (4) T. Fitzpardrick & (5) Step(R)
U.G.I Respond and Special Were All Notified By Request Of Formal I-60
Copy Of "Final Disposition" That Was Never Given or Mailed
To The Inmate Nor Reimbursement Under T.D.C.J Prop. 05 Sec II. III
Policy's. This Investigation Is Past Due From "May 25. 2024"
    Can You Forward me a Finerdial Disposition or Original
Step (1 & 2) Or Permitt My Grievance To Be Resubmitted At Its
(2nd Submission) U.G.I # 202410118

Please Note: These are My Rights Nor "Comments or Creioibility" of
Redress and Uniform Access To Court In order To Pursue
Redress an Legal actions Against my Defendants Liability's.


Respectfully Submitted:
Robert (Z) Emison III
#1992445 \ K·213

Coffield R.H.U
Feb 28th, 2025
Corbin Copy:

II: T.D.C.J OFFENDER GRIEVANCE CASE TRACKING SYSTEM INQUIRY OFFICIAL: Restraint Superior at U.G.1 Huntsville Step(2) John Doe: P.o. Box 99 Huntsville Tx 73240

THE Inmate Is Requesting His 4th And Final Request Of the Official Status of Coffield U.G.1 #2024120118 By Inmate Zémison, R #1992445 Date: 5\25\2024 Step 1&2 Bp.03.82 Bp.03.77 Adherence By T.D.C.J Policys Have Not Been Followed. A.D.03.53 sec II (A) A.D.03.50 I=201 I=203 I=206 Prop 06. sec I,II,III

I Have not Recieved A Copy of the Original Depistion of the U.G. Investigation. Can You Please Forward me the Step 1 & 2 Finished Responce.

Respectfully Submitted:
Robert Zémison III
#1992445 \ K.213

COFFIELD ADMIN R.H.U
Feb 26ers, 2005
Condin Cor:

I·CO0 REQUEST FORM

II: T.D.C.J OFFENDER GRIEVANCE CASE TRACKING SYSTEM
INQUIRY OFFICIAL:

The Inmate Is Requesting the OFFICIAL Status OF
BP·03.82 & BP·03.77 U.G.1 COFFIELD Unit #1998445
K·213 Date OF FEB 19th, 2025. Issue OF "Complance OF
Harrasoment" COR Screening Number?

Robert Lemi Good III
#1998445\ K·213

COFFIELD Co R.H.J
FEB 24th, 2025
COFFIN Copy:

I-12/8 REQUEST

II: SUPERVISOR DIRECTOR OF HUNTSVILLES AD-
MINISTARATION GRIEVANCE OFFICE: J. BACK

Greetings to Whom I may Concern in the
I-127/8 V.6.1 #2024120118 The GRIEVANCE Time Frames
Have Not Been Met under Your Poliiy or Guidelines
Of BP. 03.82 \ BP. 03.77 This Is My 3rd Request
For A Dispostion Copy Of the Original I-127/8 V.6.1
I Have Not Recieved This By Your T.D.C.J Mail.
Can You Please Resend Me A Copy Of The Invest
igation Processing.
(A. Hope) Was Sent (2) Request But there Has Been
No Responce To These Request


RespectFolly Submitted                    R.H.U Co-Admin
Robert 3 Emison III                        Feb 16, 2025
Coffield Unit #1992445

                                           Corbin Copy:

To: Huntsville Grievance Administration  U.G.I
     A. Hope  J. Back                      I-60 Request

I Have Not Recieved The Original Disposition
In Grievance # 2024120112 & Extention Was
Provided on 10/30/2024, According To B.P. 03.82
& B.P. 03.77 I Have Not Recieved The Time
Frame I-127-8 Copy Disposition or Reimburst-
ment For The Lost & Damage Items. This Is
my Second Request To Ms. Hope For Assitance
Can There Be A Resolution To This Issue.

Respectfully Submitted
Robert (2) Jemison III                    R.H.U CO-ADMIN
#1992445 \ K-213                          Jan 29th, 2025

CORBIN. C

TDCJ NOTE OFFICIAL:
SEND TO: HUNTSVILLE OFFICE P.O. BOX 99
HUNTSVILLE ,TX 73240

II: LORIE DAVIS: T.D.C.J R.H.U DIRECTOR

In U.G.I Cases Begins in 3\26\2020 Till Date. THE BELOW Listed U.G.I Were Not Conducted By Your I-201\ I-206\E 203\ Sec. II. A A.D. 03. 53\ AD.03.50 Adherence By BP.03.82\ BP.03.77 Due Process Structure & Frameworks.

(1) #2020096251 (2) #2023118387 (3) #2023135939 (4) #2024461468 (5) #2024065936 (6) #2024120112

You OFFICIAL Participated Directly In the Alleged Constitutional Violations. After Being Informed OF the Violation through I-127\ I-60's You FAILED To Remedy The Wrongs. You OFFICIAL Created Policy Or Customs Under Which UnConstitutional Practices Occurred, and Allowed the Continuance OF Such Policy or Customs. You OFFICIAL Are Grossly Negligent in Supervising Subordinate Who Violated And Committed These OnGoing Continuances Wrongful Acts. You OFFICIAL EXHIBITED Deprivation An Deliberate Indifference To The Rights OF Mr. Demison By Failing To Act On Information Indicating That UnConstitutional Acts Were Occurring & On Going For EXTREME TIME FRAMES. Which You Will Be Held Liable For "CamPaine (Of Harassment" & Due Process Violations".

Robert Z Demison III
#1992445\ K-213

R.H.U CO-ADMIN
FEB 17. 2025
CORDIN CORP:

(1) # 20200 96201  (2). # 2023118387
(3). # 2023135839  (4). # 2024161468  (5). # 2024065936
(6) # 2024120112

Attachment To I-60
(2)

SEND TO: HUNTSVILLE OFFICES P.O. BOX 99
HUNTSVILLE, TX 77340

II: TIM FITZ PATRICK : T.O.C.J DIRECTOR OF CLASSIFICATION & RECORDS

IN U.G.I CASES BEGGING IN 3\26\2020 TILL DATE THE BELOW LISTED U.G.I WHERE NOT CORRECTED BY YOUR BP.03.82\ BP.03.77\ AD.03.53(SEC II.A). AD.03.50\ I-201\ I-203\ I-206

YOU OFFICIAL PARTICIPATED DIRECTLY IN THE ALLEGED CONSTITUTION VIOLATIONS. AFTER BEING INFORMED OF THE THE VIOLATIONS THROUGH I-127\8\ I-60'S YOU FAILED TO REMEDY THE WRONGS. YOU OFFICIAL CREATED POLICY OR CUSTOMS WHEN WHICH UNCONSTITUTIONAL PRACTICES OCCURRED AND ALLOWED THE CONTINUANCE OF SUCH POLICY OR CUSTOMS. YOU OFFICIAL ARE GROSSLY NEGLIGENT IN SUPERVISING SUBORDINATE WHO VIOLATED AND COMMITTED THESE ON GOING CONTINUANCE WRONGFUL ACTS. YOU OFFICIAL EXHIBITED DEPRIVATION & DELIBERATE INDIFFERENCE TO THE RIGHTS OF MR. DEMI SON. BY FAILING TO ACT ON INFORMATION INDICATEING THAT UNCONSTITUTIONAL ACTS WERE OCCURRING & ON GOING FOR EXTREME TIME FRAMES, WHICH YOU WILL BE HELD LIABLE FOR "CAMPAIGNE OF HARASSMENT & DUE PROCESS VIOLATIONS"

RESPECTFULLY SUBMITTED:
Mr. ROBERT L DEMI SON III
#1992445\ K-213

R.H.U CO-ADMIN
FEB 17, 2025
COUSIN COPY!

THE FORMAL NOTICE TO OFFICIAL:

Send To: Huntville Offices P.O. Box 99
Huntville .TX 73240

II: Respondant Superior: Of T.D.C.J Unit Grievance Investigations at Step(1&2) John Doe:\ J. Back

In U.G.I Cases Being In 3\26\2020 Till Date The Below Listed U.G.I Were Not Conducted By Your BP. 03.82\BP. 03.77\ I:800\I:203 or AD.03.53(II.A)\AD.03.50\I:201.

(1.) #2020096201 (2.) #2023118387 (3.) 2023135839
(4.) #2024161468 (5.) 2024065936 (6.) 2024120112

You Official Participated Directly In The Alleged Constitutional Violations. After Being Informed Of the Violation through I:127\I I:600 You Failed To Remedy The Wrongs. You Official Created Policy Or Customs Under Witch UnConstitutional Practices Occurred. And Allowed the Continuance Of Such Policy Or Customs. You Official are Grossly Negligent In Supervising Subordinate who Violates and Committed these On Going Continuance Wrongful Acts. You Official Exhibited Deprivation an Deliberate Indifference To The Rights of Mr. Demison B Failing To Act On Information Indicating That UnConstitutional Acts Were Occurring & on Going For Exteme Time Frames. Witch You will Be Held Liable For "Campainge Of Harassment" & Due Process Violations .

Respectfully Submitted:
Mr. Robert (2) Demi Son III
#1992445 \ K.213

R.H.U Co-Admin
Feb 17, 2025
Carbin Copy:

MR. Robert G. Jemison III

Coffield Unit \ #1992445

2661 FM 2054

Tennessee Colony Tx 75884

Date: Feb 2, 2025

II. THE White House = F.B.I Division

Ms. Pamala D. Bondi = Public Official

1600 Pennsylvania Ave NW

Washington, DC 20500

Ref: White Nation

Zenith Salatations For Your Time. Worth an Courtesy Mr. Bonni

One "Zagazillion" words Cannot describe the mental, emotional, & Physical circumstances of endless depthilities, lack of Liberty Interest & Due Process Issues I Face Here. Nor Counting being Hit In the Head (29) Times with a Riot Baton and If Being Swept Under the Rugg with Countless other T.D.C.J Policy Assault Violations on me trying to defend me, myself, & my Personal

(O of 1)

Property etc. But I Can Give You my Word Theres Nothing Perfect about me. But IN Self Defence "I will Raise my Hands". Ms. Bonni Without Your Assistance To TroubleShoot I am "ParaPaligic" To The Entire Justice System. I need someone who Can Que There Job Without Leaving one tiny Stone Unturned. Because even tho I am not Perfect I Belive In EQUAL an Riguteous Justice.

Can You Have a Detourter Deep Dive into This Situation?

Respectfully Submitted:
Robert 2 Denison III
Robert 2 Denison III



**Texas Department of Criminal Justice**

# STEP 2
## INMATE
## GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2024120112

UGI Recd Date: 9.23.24

HQ Recd Date: SEP 3 0 2024

Date Due: 11-2-24

Grievance Code: 515

Investigator ID #: I 3014

Extension Date: DEC 1 2 2024

Date Retd to Inmate: MAR 2 6 2025

Inmate Name: Roderick Z Emison III   TDCJ # 1992445

Unit: COFFIELD   Housing Assignment: K.214 - 213

Unit where incident occurred: Co-Admin R.H.u K-222 5.25.24

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted.*
*You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).**   *I am dissatisfied with the response at Step 1 because...*

Ms. C. Epland was Notifed of the incomplete 8.25\24 "Unsigned" by Property inventory officer on each abuve dates listed on Step.1 Begrance. For the sole reason Ms. Epland let me inventory my Property on those dates after 8\27\24 I was still missing the following items witch were either "Mistakeng Named" or not constince with Your Po.22.27 Admin-directive\Policy directives of Prop-05 by these unknown officers I am still missing the follw Items witch Can Be Record's on Stiles Unit Commissary an Coffield Unit Commissary Records (Etc)

| COLOGATE GEL TOOTHPASTE = 3 | AATiPERAiNT DEODERANT = 3 |
| THERMAL SHIRT 4XL - 1 | Petroleum Jelly = 2 |
| COOL SHIRT 2XL - 1 | White Rain Pack Soap = 2 |
| GYM SHORTS 5XL - 1 GiVEN BACK (2 Pair of 3 Pair) | |
| CHILL TOWEL - 1 | White Rain Shampoo = 1 |
| | FRESHSent Bar Soap = 1 |

Legal Books For Court matters = 5 + 1 Criminal N A Nutshell - Pol-TL (Etc)
Prison Litigation Manuel = Pol TL mail Room Records - 1
The Habeas Citebook ineffective A. of Counsel - 1 Pol-TL mail Room Records
Webster Law Dictionary - 1 Pol-TL mail Room Records
Webster Dictionary - 1 Pol-TL mail Room Records
SmitH Guide To Habeas Corps Relief - 1 Pol-TL mail Room Records

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      **(OVER)**

#2024120112 U.G.1 Attached with 8\27\24 Prop-05 by C. Epland Property Officer. And Legal Book Reciept.

I-128 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix G

on 8/27/24 ms. C Efland only marked I was missing Legal material. I do not Have Reciept For (2) Legal Books But Pi=IL Mailroom Records will Prove This. She Also explained It C was not Her Responcibility For inventory Prop-05 Packing Officers, witch Left me without "HYIEENE" And Clothing necessary Bought From SID.CJ Unit Commissary's. Here The Prop-05 Section II Should Be Arbied Reimbursement At $50.00 Per Item or $500.00 Total due to Pb.22.22.A.B And Pb.22.27 Conduct.

Inmate Signature: _____ Date: SEP 20TH, 2024

**Grievance Response:**

Your claims have been investigated by the Central Grievance Office. Your Step 1 response was appropriate and addressed your complaint. Records indicate you refused to sign for your property and refused to document any missing property on the Prop-5. There will not be a settlement offered. It has been noted you attempted to bargain with the Property officer. This is trafficking and trading, which is against TDCJ Policy. You could receive a disciplinary case for such actions. No further action is warranted by this office.

Signature Authority: Crystal Collins   Date: 3/6/25

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

CGO Staff Signature:_____

**OFFICE USE ONLY**
Initial Submission          CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
(check one)____ Screened ____ Improperly Submitted
Comments:_____
Date Returned to Inmate:_____
2nd Submission          CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
(check one)____ Screened ____ Improperly Submitted
Comments:_____
Date Returned to Inmate:_____
3rd Submission          CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
(check one)____ Screened ____ Improperly Submitted
Comments:_____
Date Returned to Inmate:_____



# Texas Department of Criminal Justice
# STEP 1
## INMATE
## GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2024120112

Date Received: 6·26·24

Date Due: 9·5·24

Grievance Code: 515

Investigator ID #: I25-99

Extension Date: 9·14·24

Date Retd to Inmate: SEP 17 2024

Inmate Name: Robert (L) Jamison III TDCJ # 1992445

Unit: COFFIELD   Housing Assignment: R.H.11 L-116

Unit where incident occurred: PROP-05 LEVEL DOWN GRADE- OIFFICE INSPECTOR GENERAL\ R.H.11 COFFIELD ADMIN-K-222

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SGT. Mullins 5\25\24 MS. EDLAND 67\11\13\OP When? JUNE 25th, 2024

What was their response? NOT RESPONCEABLE FOR LAST PROP-05 OFFICER ACTIONS.

What action was taken? EXCESSIVE LOSS OF OFFENDER LEGAL Et PROPERTY BY RESPONIBILITY OF T.D.C.J

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

O.I.G HAS FAILED TO INVESTIGATE EXCESSIVE CLAIMS OF LOSS PROPERTY CLAIMS BY THE CURRENT OFFENDER BY COFFIELD ADMIN OFFICES\ S.S.I'S HELP. ON 5\25\2024 I WAS MOVED FROM CELL BY SGT. MULLINS TO L-116 FROM K-222. I REFUSED TO SIGN THE PROP-05 INVENTOROX SLIP DUE TO EXCESSIVE RELIGIOUS, LAW, OTHER ITEMS MISSING. THERE WAS NO STAFF NAME OR BY INVENTORY OR WITNESS TO SECTION II OF PROP-05 AS THE COMPLETE AND ACCURATE INVENTORY POLICY GUIDELINES REQUIRE. I AM MISSING THE FOLLOWING ITEMS WITCH CAN ALL BE VERIFIED TROUGH EACH UNIT COMMISSARY'S RECORDS AND ALL LEGAL RECEIPTS.

| | |
|---|---|
| LEGAL BOOK'S #5 RECEIPTATTED ✓ | COMMISSARY SPORT #3 |
| YELLOW\WHITE MISC\LEGAL ENVELOPES #6 | LIPTAIMS 3N1 -#1 JAR |
| RELIGIOUS MEDALLIONS #4 W\PAPER work | WHITE RAIN SHAMPO -# 1 ✓ |

| | |
|---|---|
| THERMAL SHIRT 4XL-#1 ✓ | COLOGATE TOOTHPASTE GEL - #3 ✓ |
| GYM SHORT 5XL #3  1# | DEODERANT ANTIPERSPIRANT #3 ✓ |
| COLOR PENCILS Pk #1 ✓ | PETROLEUM JELLY -# 2 ✓ |
| CHILL TOWEL #1 ✓ | FRESH SENT BAR SOAP 4oz -#1 ✓ |
| LARGE PLASTIC BOWL #1 | WHITE RAIN BAR SOAP 4oz Pks -#2 |
| GREEN CUPS #2 | |

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)**

5\25\2024 PROP-05 + LEGAL BOOK RECEIPETS ATTACTED

I-127 Front (Revised 8/2022)

NOTE: Commissary Records Can Be Verified For Each Purchased Item.

U.S.C. 14TH AMENDMENTH UNIVERSAL DEC OF HUMAN RIGHTS ARTICES (2),(5),(7), 17(2) 20(1) APPLY TO THE FULL INVESTIGATION OF "D.I.G" NON-PREVIOUS INVESTIGATIONS TO LOSS AND STOLEN PERSON PROPERTY CLAIMS THAT HAVE WENT UNREIMBURSE BY THE SECTION III POLICY GUIDELINES AND POLICY AN STRIDES. JUN 20 2024

**Action Requested to Resolve Your Complaint.**

THAT B.22.22. A.B. B0.22.27 PROP.-05 SECTION III BE FOLLOW AS TO REIMBURSEMENT GENERALLY BE PAID AT NO MORE THAT $50.00 PER ITEM OR $500.00 TOTAL AS POLICY GUIDELINE AN STRIKING PROVIDE. JUN 20 2024

**Inmate Signature:** Robert Z D'Maroi D Bol          **Date:** June 25 2024

**Grievance Response:**

An investigation has been conducted. Records show that on 6/7/24, 6/12/24, 7/17/24, and 8/27/24, Property Staff delivered and gave your property to you despite your refusal to sign the Prop-05. The outcome of the investigation has rendered that a settlement will not be offered at this time.

**Signature Authority:**                              **Date:** 9/13/24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

| Returned because:    *Resubmit this form when corrections are made. | OFFICE USE ONLY |
|---|---|
| ☐ 1. Grievable time period has expired. | Initial Submission          UGI Initials: AH |
| ☑ 2. Submission in excess of 1 every 7 days. * | Grievance #: 2024117855 |
| ☐ 3. Originals not submitted. * | Screening Criteria Used: SC#2 |
| ☐ 4. Inappropriate/Excessive attachments. * | Date Recd from Inmate: JUN 20 2024 |
| ☐ 5. No documented attempt at informal resolution. * | Date Returned to Inmate: JUN 20 2024 |
| ☐ 6. No requested relief is stated. * | 2nd Submission          UGI Initials: |
| ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. * | Grievance #: |
| ☐ 8. The issue presented is not grievable. | Screening Criteria Used: |
| ☐ 9. Redundant, Refer to grievance # | Date Recd from Inmate: |
| ☐ 10. Illegible/Incomprehensible. * | Date Returned to Inmate: |
| ☐ 11. Inappropriate. * | 3rd Submission          UGI Initials: |
| | Grievance #: |
| **UGI Printed Name/Signature:** A. Harris/A. Harris | Screening Criteria Used: |
| **Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.** | Date Recd from Inmate: |
| **Medical Signature Authority:** | Date Returned to Inmate: |

I-127 Back (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Offender Property Inventory

*handwritten top right: A-214*  *#001*

Offender *(Print Name):* Demison, Robert     TDCJ #: 1982445     Unit: CO

Date of Inventory: 5/25/24     Reason for Inventory: Level Drop

**Section I: Authorized Offender Property**
*Instructions:* Enter the quantity in the appropriate column beside the item at time of inventory.
**KEY: "O" = In Offender's possession; "P" = Stored in Property Room; √ = Must be registered; * = Only females may possess**

| ITEM | O | P | ITEM | O | P | ITEM | O | P | ITEM | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumable Items** | | | **Gender-Related (Females Only)** | | | **Personal Hygiene Items** | | | **Miscellaneous Items** | | |
| Bread | | | * Bobby pins | | | Activator | | | Commissary bag | | 2 |
| Canned drinks | | | * Bras (Limit 7) | | | After shave | | | Commissary chain (Limit 1) | | |
| Candy | | | * √ Curling iron | | | Baby oil | | | Cup | | / |
| Cheese | | | * Douche items | | | Baby powder | | | Handkerchief | | |
| Chips | | | * Gender box | | | Brush | | | Pencil sharpener (Limit 1) | | |
| Coffee | | | * Hair accessories (6 items/sets) | | | Comb | / | | Plastic bowl | | |
| Crackers | | | * √ Hair dryer | | | Conditioner | | | Plastic lock/key (1 per box) | | |
| Hot sauce | | | * Hair rollers (Limit 24) | | | Dental flossers | | | Small nail clippers (Limit 1) | | |
| Jelly | | | * Hair ties | | | Deodorant | / | | Spoon | | / |
| Meats | | | * Make up (10 Items) | | | Foot powder | | | Work gloves (Limit 1) | | |
| Pastries | | | * Panties (Limit 7) | | | Hair dressing | | | | | |
| Peanut butter | | | * Perfume lotion (Limit 2) | | | Hair gel | | | mirrors | | 2 |
| Pickles | | | * Sanitary napkins/tampons | | | Lotion | / | | Tablet | | |
| Soup | | | * Stud Earrings (Limit 2 pair) | | | Petroleum jelly | | | Chess set | | |
| Spreads | | | * Tweezers (Limit 1) | | | Razor, disposable | | | Charger | | |
| Sweetener | | | **Health Care Devices/Supplies** | | | Shampoo | / | | Earbuds | | |
| Tortillas | | | √ Prescription eyeglasses | | | Shaving cream | | | | | |
| | | | √ Prescription sunglasses | | | Shower shoes | / | | Wash cloths | | 6 |
| **Correspondence/Publications** | | | **Jewelry Items (1 each)** | | | Soap/soap dish | 5/6 | | | | |
| Letters  Bundles of | | 12 | √ Wedding Ring | | | Tooth brush/holder | / | | watch | | |
| Magazines  legal | | | √ Wrist Watch | | | Tooth paste | / | | | | |
| General Text | | | | | | Clippers (nail) | 2 | | State I.D. | | / |
| Newspapers | | | | | | | | | | | |
| **Craft Items** | | | | | | **Religious Items** | | | | | |
| Colored pencils | | | **Legal Material** | | | √ Medallion (Religious) | | | | | |
| Water colors | | / | Pleadings, transcripts, law books, notes, attorney letters, carbon paper, writ envelopes, etc. **Estimate Qty in Inches ("**). | | | √ **Other:** (Headband, hijab, kufi, medicine bag, natural objects, prayer rug, prayer shawl, tallith, turban, wooden comb, yarmulke) | | | | | |
| Paper | | | | | | | | | | | |
| Equipment | | | | | | | | | | | |
| **Educational Items** | | | | | | | | | | | |
| Books + mags | | 30 | **Necessity Items** | | | | | | | | |
| Literature (Pamphlets) | | | Gym shorts-personal (Limit 4) | | | **Stationery Items** | | | | | |
| **Electrical Equipment (1 each)** | | | Shoes (TDCJ-issued, limit 1 pair) | | | Envelopes | | | **NOTE ITEMS ON OFFENDER'S PERSON,** such as a *wedding ring, wristwatch, shoes, or t-shirt:* | | |
| √ Fan | | | Shoes-personal (√ Limit 1-2 pair) | | | Greeting cards | | | | | |
| Headphones | | | Socks-personal (Limit 4 pair) | 2 | | Ink pens | | | 5 on 19  Del. | | |
| √ Antenna | | 2 | Thermal bottom-personal (Limit 2) | | | Paper | | | 24 on 24 | | |
| √ Hot pot | | / | Thermal top-personal (Limit 2) | | | Pencils | | | | | |
| √ Multi-outlet | | / | T-shirt-personal (Limit 4) | 3 | | Stamps (60 Max.) | | | 29 bag on 24 | | |
| √ Clamp-on lamp | | | Underwear | | | Tablets | | | | | |
| √ Alarm clock | | | | | | Urbans | | 4 | | | |
| √ Radio | | | | | | Calculator | | / | | | |
| √ Typewriter/word processor | | | | | | | | | | | |

**SECTION II: Staff Acknowledgment of a Complete and Accurate Inventory**
*Instructions: If offender is not present during inventory, a staff witness shall be present.*
Inventory Staff *(Print Name):* _____  Signature/Date: _____
Staff Witness *(Print Name):* _____  Signature/Date: _____

**SECTION III: Offender Receipt of Property**
I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in the TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of the TDCJ, reimbursement would generally be paid at no more than $50 per item or $500 total.
**A.** Items retained by offender or stored in the property room (See items marked above)
 Offender *(Signature/Date):* _____  Staff Initials/Date: _____
**B.** Items returned to offender (See items marked above)
 Offender *(Signature/Date):* Refused to sign I missing legal  Staff Initials/Date: OE 08-27-24

*handwritten bottom left:*
9. Expired Kop
1- Grey Jug
1- Plastic Container

*handwritten bottom center:*
Delivered 3 Bags 06/07/24
Delivered 2 Bags All hope 6/12/24
Delivered 2 bags 7/17/24

*handwritten bottom right:*
all Hygiene, mirrors, 1 fan, paper tablets, Ink pens and legal work

**Original Offender File: Yellow Property Room/Intake; Pink with Stored Property; Gold to Offender**

PROP-05 (05/15)

# OFFENDER NOTICE OF RESPONSIBILITY

Offenders who have property stored in the unit property room for one of the following reasons are responsible for making notifications regarding that property, as noted below:

- **RELEASE FROM THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE FOR PAROLE OR EMERGENCY ABSENCE**

    You must contact the property officer on your last unit of assignment to make arrangements for disposition of any property left in the custody of the TDCJ. If you fail to make notification in **30 days** following your release, your property will be disposed of in accordance with AD-03.72.

- **RELEASE FROM THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE FOR BENCH WARRANT**

    You must contact the property officer on your last unit of assignment to make arrangements for disposition of any property left in the custody of the TDCJ. If you fail to make notification up to **six months** following your release, your property will be disposed of in accordance with AD-03.72. When returning to the TDCJ, you may only bring in the items you took when you left, and then only if it is on the list of authorized property for newly received offenders.

- **PLACEMENT IN ADMINISTRATIVE SEGREGATION OR DEATH ROW LEVEL III STATUS.**

    All restricted property will be inventoried and stored in the property room. If you remain at Level III status for a period of **nine consecutive months,** you must make disposition of your stored property. The property officer will contact you to determine if you wish to have the property mailed to or picked up by someone on your Approved Visitors List. If you fail to make disposition of the property, it will be disposed of in accordance with AD-03.72.

---

# AVISO DE RESPONSABILIDAD PARA LOS PRESOS

Ofensores que tienen propiedad almacenada en el cuarto de propiedad de la unidad por una de las razones siguientes son responsables de hacer notificacion relacionada a esa propiedad, como se anota a continuación:

- **LIBERACION DEL DEPARTAMENTO DE JUSTICIA CRIMINAL DE TEXAS POR LIBERTAD CONDICIONAL O AUSENCIA POR EMERGENCIA**

    Usted debe contactar al oficial de propiedad en su última unidad de asignación para hacer los arreglos para disposición de cualquier propiedad dejada en custodia del TDCJ. Si usted falla en hacer la notificación en los **30 días** siguientes de su liberación, su propiedad sera desechada de acuerdo con las en AD-03.72.

- **LIBERACION DEL DEPARTAMENTO DE JUSTICIA CRIMINAL DE TEXAS POR UNA ORDEN DE ARRESTO – BENCH WARRANT**

    Usted debe contactar al oficial de propiedad en su última unidad de asignación para hacer los arreglos para disposición de cualquier propiedad dejada en custodia del TDCJ. Si usted falla en hacer la notificación en los **sies meses** siguientes de su liberación, su propiedad sera desechada de acuerdo con las en AD-03.72. Despues su regreso al TDCJ, usted puede traer solamente los artículos que usted se llevo cuando salio y además sólo si están en la lista de propiedad autorizada para ofensores nuevamente recibidos.

- **COLOCACION EN SEGREGACION ADMINISTRATIVA O ESPERA DE MUERTE ESTATUS NIVEL III**

    Toda propiedad restringida sera inventariada y almacenada en el cuarto de propiedad. Si usted permanece en estatus Nivel III por un periodo de **nueve meses consecutivos,** usted debe hacer disposición de su propiedad almacenada. El oficial de propiedad lo contactara para determinar si usted desea que la propiedad sea enviada o recogido por alguien en su Lista Aprobada de Visitantes. Si usted falla en hacer disposición de la propiedad, esta sera desechada de acuerdo a las en AD-03.72.

**Prison Legal News**

PO Box 1151
Lake Worth, FL 33460

# Sales Receipt

| Date | Sale No. |
|------|----------|
| 11/27/2015 | 37887 |

| Sold To |
|---------|
| Robert Demison  1992445<br>Polunsky Unit<br>7/G/23T<br>3872 FM 350 S<br>Livingston, TX 77351 |



PAID

COPY

| | Check No. | Payment Method | Project |
|---|-----------|----------------|---------|
| | | Stripe | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Merriam-Webster Dictionary | 1 | 8.95 | 8.95 |
| Merriam Webster's Dictionary of Law | 1 | 19.95 | 19.95 |
| The Habeas Citebook: Ineffective Assistance of Counsel | 1 | 49.95 | 49.95 |

*(handwritten)* PRISONER SELF HELP LITIGATION MANUEL ALSO STOLEN. SAME STORE BOUGHT BY ORDERLIE AND LOGG BOOK RECORDS VIA POLTL MAIL ROOM  — 1  49.95  49.95

*(handwritten left margin)* MISPLACED ELEVANT MEDIA LOG BOOK RECORDS VIA POLTL SHOWS IT ETC.! Robert K Demison 1936

**stamps**.com

**Shipping Label Receipt**

**Tracking Number:**

**9449 0118 9956 3570 4831 28**

*(handwritten)* SMITH GUIDE TO HABEAS CORPUS RELIEF LOGG BOOK RECORDS VIA POLTL MAIL ROOM — 1  22.95  22.95

**From:** Prison Legal News
P O Box 1151
Lake Worth Fl 33460

**To:** Robert Demison 1992445
Polunsky Unit
7/G/23T
3872 FM 350 S
Livingston TX 77351-8580

USPS
Postmark
Here

*Regular Media Mail Service postage rates apply. Tracking service electronic fee is required.
Postmark required if fee refund requested.  Delivery information is not available by phone for the electronic option.

| **Total** | $78.85 |
|-----------|--------|

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020091364 |
| Date Received: | MAR 16 2020 |
| Date Due: | 4-25-20 |
| Grievance Code: | 815 |
| Investigator ID #: | I 25142133 |
| Extension Date: | 04-30  JUN 01 2020 |
| Date Retd to Offender: | |

Offender Name: LEACH, WADE R. TDCJ # 654255

Unit: POLUNSKY    Housing Assignment: 7-G-62 B

Unit where incident occurred: T.L

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? LIEUTENANT ABBOTT     When? 3-4-20

What was their response? IN ORDER TO LEGALLY FILE A COMPLAINT YOU MUST WRITE A GRIEVANCE.

What action was taken? NONE.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON FEBRUARY 23RD 2020 @ APPROX. 1:30 AM ON 7 BLDG, G-POD, 62 CELL OFFICER M. PERKINS CO3 (BLACK FEMALE) DID VIOLATE THE FOLLOWING PD-22 RULES OF CONDUCT: #21: HARASSMENT, #20; VIOLATION OF STATUTORY RULES, REGULATIONS AND POLICIES, #23: MISTREATMENT OF OFFENDER.

ON DATE AND TIME ABOVE THE FEMALE OFFICER PERKINS CO3 DID KNOWINGLY AND INTENTIONALLY GAVE ME A BOGUS ORDER TO NOT STAND AT MY CELL DOOR AT ANYTIME WHEN SHE IS ON THE "RUN" CONDUCTING ANY ACTIVITY (I.E: SECURITY CHECKS, COUNTING, CONDUCTING SHOWERS.) OFFICER PERKINS MANUFACTURED A FAKE RULE AND MALICIOUSLY THREATENED TO WRITE A CASE AGAINST ME FOR SEXUAL MIS-CONDUCT (20.0) AND VERBALLY STATED THAT SHE WOULD IN-FACT DO SO IF SEE EVER "CATCH ME" STANDING AT MY DOOR WHEN SHE'S ON THE SECTION.

= FOR THE RECORD =

I SPOKE WITH THE FOLLOWING RANKING SUPERVISORS ABOUT OFFICER PERKINS MISCONDUCT: LIEUTENANT CORBETT, LIEUTENANT ABBOTT (VIA I-60) LIEUTENANT FARRIS (VIA I-60) SERGEANT BEY, SERGEANT WEBBER, AND OTHERS. THIS IS NOT MY FIRST OR SECOND RUN-IN WITH THIS OFFICER. PLEASE INVESTIGATE IMMEDIATELY. Thank you.

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

[illegible]

Action Requested to resolve your Complaint.

[illegible]

Offender Signature: [illegible] Date: [illegible]

Grievance Response:

Signature Authority: Date:

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

UGI Printed Name/Signature:

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:

**OFFICE USE ONLY**

Initial Submission UGI Initials:
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:

2nd Submission UGI Initials:
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:

3rd Submission UGI Initials:
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:

Action Requested to resolve your Complaint. I ASK THA OFFICER PERKINS STOP HARASSING AND TERRORIZING ME WITH THREATS OF RETALIATION.

Offender Signature: Wade R. Leach                    Date: 3-4-20

Grievance Response:

Your grievance was received and investigated. Staff denied the allegations made. There was no evidence found to support your allegations that staff verbally threaten you with a case or making inappropriate comments. Based on available facts, no further action warranted.

Signature Authority: B. Jackson, AW             Date: MAY 15 2020   JUN 01 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: —Resubmit this form when the corrections are made.—

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted.
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution.
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission _____ UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission _____ UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission _____ UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____ Date: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

Defs0008

transcript; underinccorcd Family Photos; All Foll & (Photo)
Contacts. Photo claim not behalf.

A copy Reprinting Inventory, Pink copy was gived to Sgt. Roberto
by offender. Captain carter was gived a copy of true
request at 1:00pm 3/25/2020 by Sg faulkner.
commissary, items cant be vallowed eRasy Rc indry
commissery records    MAR 27 2020

Action Requested to resolve your Complaint. Via T.D.C.J Policy these items be removed
monetary an or Redress.

Offender Signature: _____  Date: March 27th, 2020

Grievance Response:

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☒ 9. Redundant. Refer to grievance # 2020 096201
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

UGI Printed Name/Signature:  C NORris  UGI III  C.NORRis

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: CN
Grievance #:  2020096752
Screening Criteria Used:  599/9
Date Recd from Offender:  MAR 27 2020
Date Returned to Offender:  MAR 27 2020
2nd Submission              UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission              UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Defs0009 Appendix F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is <u>restricted and confidential</u> and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED AND CONFIDENTIAL

OG-506 (11/1/03)



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# OFFENDER ORIENTATION HANDBOOK

as

Approved by the

Texas Department of Criminal Justice
Director of the Correctional Institutions Division

Printed
FEBRUARY 2017

I-202 (rev. February 2017)

Defs474

3.    Offenders shall be provided with Counsel Substitutes before a major hearing when any of the following are met:

a.    The offender is developmentally disabled as defined in the Developmental Disabilities Program (DDP) (has an IQ of 73 or below) or if the offender's mental ability to understand and respond to disciplinary charges and proceedings is questionable;

b.    The offender's educational achievement score is below 5.0 on reading or his literacy or understanding of English is questionable;

c.    The offender's case is very complex;

d.    The offender is confined to any form of segregation before the disciplinary hearing;

e.    The offender requests a counsel substitute; or

f.    A witness requested by the accused offender is on a different unit or facility.

4.    Special Procedures for Psychiatric Patients

When a psychiatric offender is charged with a disciplinary infraction, psychiatric clearance shall be obtained before proceeding with the disciplinary.

**D.    Appeal Process**

At the end of the disciplinary hearing, the disciplinary hearing officer shall advise the offender of his right to appeal the decision, with respect to guilt or the punishment given, through the offender grievance procedure.

Three Basic Grounds for Appeal:

1.    One or more procedural rights were violated;

2.    Insufficient evidence to find offender guilty; and

3.    Penalty imposed by the hearing officer was too severe.

The disciplinary decision may be appealed by filing a grievance. If the offender is not satisfied with the decision, he may then file a Step 2 grievance for appeal purposes. The Counsel Substitute shall assist offenders with an appeal if they request assistance.

**VIII.    GRIEVANCE PROCEDURES FOR OFFENDERS**

Instructions on How to Write and Submit Grievances.

**A.**    Grievance forms are available from the law library, housing area, shift supervisors, or by contacting the unit grievance office. After completely filling out the form, place it in the grievance box yourself or hand it directly to the grievance investigator on your unit. Step 2 appeals shall be accompanied by the original, answered Step 1.

**B.**    An attempt to informally resolve your problem shall be made before filing a grievance. Informal resolution is defined as any attempt to solve the issue at hand and shall be

Defs475

noted on the Step 1 grievance form (I-127). You have 15 days from the date of the alleged incident or occurrence of the issue presented in which to complete the Step 1 grievance form and forward it to the unit grievance investigator (UGI). The Step 1 process may take up to 40 days from the date the unit grievance office receives the Step 1 form to respond or 45 days for medical grievances. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128). You have 15 days from the "Date returned to the Offender" noted in the "OFFICE USE ONLY" box on the front of the grievance form to submit the Step 2 to the grievance investigator on the unit. The Step 2 process may take up to 40 days to provide you a written response or 45 days for medical grievances. Present only one issue per grievance.

C.     Additional time may be required in order to conduct an investigation at either Step 1 or Step 2 and in either case; you shall be notified of the extension in writing.

D.     Complete your grievance using a typewriter or dark ink. If you need assistance filing a grievance or understanding a response, contact your unit grievance investigator.

E.     The following issues are grievable through the Offender Grievance Procedure. Remember that you may only file a grievance on issues that PERSONALLY APPLY TO YOU, with the exception of SEXUAL ABUSE or PREA related issues.

1.     The interpretation or application of TDCJ policies, rules, regulations, and procedures.

2.     The actions of an employee or another offender, including denial of access to the grievance procedure.

3.     Any reprisal against you for the good faith use of the grievance procedure or Access to Courts.

4.     The loss or damage of authorized offender property possessed by persons in the physical custody of the TDCJ, for which the TDCJ or its employees, through negligence, are the proximate cause of any damage or loss.

5.     Matters relating to conditions of care or supervision within the authority of the TDCJ for which a remedy is available.

F.     **You may not grieve:**

1.     State or federal court decisions, laws and/or regulations;

2.     Parole decisions;

3.     Time-served credit dispute which should be directed to the Classification and Records, Time Section;

4.     Matters for which other appeal mechanisms exist; or

5.     Any matter beyond the control of the agency to correct.

G.     Grievances that do not meet the following established screening criteria may be returned to you unprocessed; however, most grievances may be corrected and resubmitted within 15 days from the "Date Returned to the Offender" noted in the "OFFICE USE ONLY" box on the back of the grievance form on the returned grievance.

Defs476

1.    Grievable time period has expired.  (Step 1 grievances shall be submitted within 15 days from the date of incident and Step 2 Appeals shall be submitted within 15 days from the date of the signature on the Step 1.)

2.    Submission in excess of one every seven days.  (All grievances received in the grievance office shall be reviewed; however, only one grievance shall be processed every seven days [with the exception of disciplinary and emergency grievances].)

3.    Originals not submitted.  (Carbon copies are not considered originals even if they have an original signature.  The original answered Step 1 shall be submitted with a Step 2 Appeal.)

4.    Inappropriate/excessive attachments.  (Your grievance shall be stated on one form and in the space provided.  Attach only official documents that support your claim, such as answered I-60's, sick call requests, property papers and other similar items).

5.    No documented attempt at informal resolution.  (You are required to attempt to resolve issues informally with a staff member prior to filing a grievance.  Remember, the attempt shall be documented in the space provided on the I-127 form.)

6.    No requested relief is stated.  (The specific action required to resolve the complaint shall be clearly stated in the space provided on the I-127 form.)

7.    Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

8.    The issue presented is not grievable (refer to Section E above).

9.    Disciplinary appeals shall not be processed until after the disciplinary hearing.

10.   Redundant.  (You may not repeatedly grieve matters already addressed in a previous grievance.)

11.   The text is illegible or incomprehensible.  (Write your grievance so that it can be read and understood by anyone.)

12.   Inappropriate.  (You may not ask for monetary damages or any form of disciplinary action against staff.)

H.   Do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit a letter or I-60 to the administrator of Offender Grievance Program.

I.    Grievances containing threats of violence against staff or other offenders or of escape are subject to disciplinary action.  Disciplinary action taken as a result of one of these reasons is not considered a form of reprisal.

Defs477

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

CASTEEL

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION



Mr. Robert (2) Emison III
#1992445 Coffield Unit
2661 FM 2054
Tennessee Colony, Tx 75884

RECEIVED

MAY 13 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

ATTN: Civil Court Processing Clerk
United States District Court
Eastern District of Texas
~~scribbled out~~
211 W. Ferguson St.
Tyler, Tx 75702

Confidential:
Legal Mail :